United States District Court
Middle District of Florida
Jacksonville Division

JANE DOE,

    Plaintiff,

v.                                                                             NO. 3:23-cv-609-MMH-LLL

BAKER COUNTY, ET AL.,

    Defendants.

---

### Order Denying Plaintiff's Motion for Extension Without Prejudice

Before the Court is plaintiff's Motion to Extend Time for Personal Service on Defendant Cardell C. Smith, in which she seeks an additional 60 days to personally serve defendant Smith, the Assistant Field Director for the U.S. Immigration and Customs Enforcement (ICE). Doc. 36 at 1-2. The operative complaint, however, sues Smith in his official capacity only. Doc. 32. In her motion, plaintiff explains that she has already "executed service on the Attorney General of the United States, the United States Attorney for the Middle District of Florida, the Jacksonville ICE Field Office and the Office of General Counsel." Doc. 36 at 1-2. It appears plaintiff has complied with Federal Rule of Civil Procedure 4(i)(2) regarding service on a United States officer or employee sued on in his official capacity and personal service on Smith is unnecessary.

To the extent plaintiff requests additional time to serve Smith in an abundance of caution, although she has already properly served him under Rule 4(i)(2), that request is **denied without prejudice**. If plaintiff is alleging that personal service on Smith is necessary, she may file a renewed motion addressing that issue.

**Ordered** in Jacksonville, Florida, on August 21, 2023.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
James C. Poindexter, Esquire
Steven A. Medina, Esquire
Samuel Mukiibi, Esquire
Barbara J. Hart, Esquire
Susan S. Erdelyi, Esquire
Michael P. Spellman, Esquire