United States District Court
Middle District of Florida
Jacksonville Division

**JANE DOE,**

    Plaintiff,

v.                                                                                          **NO. 3:23-cv-609-MMH-LLL**

**BAKER COUNTY, ET AL.,**

    **Defendants.**

## Order

Plaintiff's disclosure statement, doc. 54, fails to provide the information required by Rule 7.1 of the Federal Rules of Civil Procedure, Local Rule 3.03, or both. The Court approved a disclosure statement form that accords with the rules. The form is in the "forms" section of the Court's website, www.flmd.uscourts.gov. The Court **strikes** plaintiff's disclosure statement, doc. 54, for failure to comply with the rules. By January 23, 2024, plaintiff must file a disclosure statement using the form and answering all questions listed on the form.

**Ordered** in Jacksonville, Florida on January 16, 2024.

*[signature]*
LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Counsel of record