United States District Court
Middle District of Florida
Jacksonville Division

**JANE DOE,**

    Plaintiff,　　　　　　　　　　　　　　　　No. 3:23-cv-609-MMH-LLL

v.

**BAKER COUNTY, ET AL.,**

    **Defendants.**

## Order

Defendant Baker County's disclosure statement, doc. 64, fails to provide the information required by Rule 7.1 of the Federal Rules of Civil Procedure, Local Rule 3.03, or both. As of April 1, 2024, the Court approved a new disclosure statement form that accords with the rules. The form is in the "forms" section of the Court's website, www.flmd.uscourts.gov. The Court **strikes** defendant's disclosure statement, doc. 64, for failure to comply with the rules. By April 19, 2024, defendant must file a disclosure statement using the new form and answering all questions listed on the form.

    **Ordered** in Jacksonville, Florida on April 12, 2024.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Counsel of record