## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JANE DOE, a pseudonym,

    Plaintiff,

vs.                                    Case No.   3:23-cv-609-MMH-LLL

BAKER COUNTY, et al.,

    Defendants.

_____/

## O R D E R

**THIS CAUSE** is before the Court on the Parties' Joint Motion to Set Briefing Schedule (Dkt. No. 82; Motion) filed on May 10, 2024. In the Motion, the parties request that the Court set a new briefing schedule in light of the filing of Plaintiff's Second Amended Complaint (Dkt. No. 79). See generally Motion. After due consideration, it is

**ORDERED:**

1. The Motions to Dismiss (Dkt. Nos. 61, 62, 68, 70, 71, and 72) are **DENIED as moot**.

2. The Parties' Joint Motion to Set Briefing Schedule (Dkt. No. 82) is **GRANTED**.

3. Defendants' responses to Plaintiff's Second Amended Complaint due **June 11, 2024**.

4. Federal Defendants' reply in support of their Motion to Stay Discovery (Dkt. No. 63) due **June 11, 2024**.

5. Plaintiff's responses to any motions to dismiss due **July 16, 2024**.

6. Defendants' reply briefs due **July 30, 2024**.

**DONE AND ORDERED** in Jacksonville, Florida this 14th day of May, 2024.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record