UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JANE DOE, a pseudonym,

    Plaintiff,

vs.        Case No. 3:23-cv-609-MMH-LLL

BAKER COUNTY, et al.,

    Defendants.

_____/

**O R D E R**

**THIS CAUSE** is before the Court on Defendant Assistant Field Director Cardell Smith's Second Motion to Dismiss (Dkt. No. 88; Motion) filed on June 10, 2024. In the Motion, Defendant Cardell Smith seeks dismissal of Count XVIII of Plaintiff's Second Amended Complaint. See generally Motion. Plaintiff does not oppose the relief requested in the Motion and consents to the dismissal of Defendant Smith from this action. See Response to Defendant Cardell Smith's Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. No. 95). Accordingly, it is

    **ORDERED:**

    1.    Defendant Assistant Field Director Cardell Smith's Second Motion to Dismiss (Dkt. No. 88) is **GRANTED**.

2. Defendant Smith is **DISMISSED**, and the Clerk of the Court is directed to terminate him from the docket.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of July, 2024.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record