UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JANE DOE, a pseudonym,

    Plaintiff,

v.

BAKER COUNTY, BAKER
COUNTY CORRECTIONS
MANAGEMENT CORPORATION,
SCOTT RHODEN, RANDY
CREWS, JAMES MESSER,
PEYTON PRESCOTT, BRIAN
LOUIS ROBINSON, ASSAILANT
ROES 1-X. CARDELL C. SMITH
and UNITED STATES,

    Defendants.
_____/

**UNOPPOSED**

Case No.: 3:23-cv-609-CRK-LLL

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW, Christen A. Petruzzelli of Sniffen and Spellman, P.A., moves this Court for leave to withdraw as counsel for Defendant, **PEYTON PRESCOTT** ("Prescott"), in this action, in accordance with M.D. Fla. Loc. R. 3.01 and 2.02(c), and states as follows:

1. On April 15, 2025, the undersigned entered her appearance as co-counsel of record for numerous Defendants, including Prescott. (ECF No. 69).

2. On March 27, 2025, the undersigned's office sent a letter to Prescott notifying him of intent to withdraw as counsel and advising that a new defense team would be substituted as counsel for him.

3.     On March 31, 2025, newly retained counsel for Prescott, Mr. Zackery Scharlepp with Coppins Monroe, P.A., advised the undersigned that Prescott consents to the substitution of counsel.

WHEREFORE, for the foregoing reasons, Christen A. Petruzzelli, respectfully requests the Court enter an Order granting the instant motion for leave to withdraw as counsel of record for Defendant, Peyton Prescott.

### LOCAL RULE 3.01(g) CONFERRAL

The undersigned certifies she conferred with all counsel regarding the instant motion and there is no opposition to the relief requested herein.

### LOCAL RULE 2.02(c)(1)(B)(i) CONFERRAL

The undersigned certifies that the client consents to the relief requested herein.

Dated this 2nd day of April 2025.

Respectfully submitted,

*/s/ Christen A. Petruzzelli*
**CHRISTEN A. PETRUZZELLI**
Florida Bar No. 1039528
cpetruzzelli@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Attorneys for Defendants BAKER COUNTY CORRECTIONS MANAGEMENT CORPORATION, SHERIFF RHODEN, RANDY CREWS, JAMES MESSER, PEYTON PRESCOTT, and "ASSAILANT ROES 1-X"*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 2nd day of April, a true and correct copy of the foregoing was electronically filed in the US District Court, Middle District of Florida, using the CM/ECF system.

                                             */s/ Christen A. Petruzzelli*
                                             **CHRISTEN A. PETRUZZELLI**