# UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF FLORIDA

## JACKSONVILLE DIVISION

| | |
|---|---|
| JANE DOE, a pseudonym,<br><br>        Plaintiff,<br><br><br>v.<br><br>BAKER COUNTY CORRECTIONS<br>MANAGEMENT CORPORATION, SCOTTY<br>RHODEN, SHERIFF, RANDY CREWS,<br>UNDERSHERIFF, JAMES MESSER,<br>LIEUTENANT, PEYTON PRESCOTT, DEPUTY<br>SHERIFF, TYLER M. CURRY, DEPUTY<br>SHERIFF, KRISTOPHER KIRKLAND, DEPUTY<br>SHERIFF, WYATT RHODEN, DEPUTY<br>SHERIFF, and BRIAN LOUIS ROBINSON,<br><br>        Defendants. | 3:23-cv-00609-CRK-LLL |

## ORDER

Before the court is a motion by Plaintiff's attorneys Mark W. Tanner, Samuel Mukiibi, and James C. Poindexter ("Plaintiff's Counsel") to withdraw as counsel for Plaintiff Jane Doe in the above-captioned action, and to stay the matter for 30 days, pending a hearing and resolution of the motion, to allow Plaintiff to retain substitute counsel. See Motion to Withdraw as Counsel, Apr. 1, 2026, ECF No. 172. Plaintiff's Counsel certify that they provided Plaintiff fourteen days' notice of the motion to withdraw, pursuant to M.D. Fla. R. 2.02(c). See ECF No. 172 at 5. Plaintiff's Counsel

ORDER - 1

**3:23-cv-00609-CRK-LLL**

also certify that they conferred with Defendants' counsel pursuant to M.D. Fla. R. 3.01 and that Defendants do not oppose the motion to withdraw or the request for a stay. See ECF No. 172 at 5.

Plaintiff's Counsel indicate in their motion that the circumstances giving rise to the motion to withdraw involve confidential matters that cannot be disclosed on the public docket without risking disclosure of privileged or otherwise protected information. See ECF No. 172. Plaintiff's Counsel also inform the court that Plaintiff intends to oppose their motion and requests an in camera hearing via Zoom to address the matter. See ECF No. 172 at 2. Plaintiff's Counsel further request leave to provide additional information in support of the Motion to Withdraw through a limited sealed supplement. See ECF No. 172 at 4.

Upon consideration of the foregoing motion and the asserted confidentiality concerns, it is

**ORDERED** that Plaintiff's Counsel Mark W. Tanner, Samuel Mukiibi, and James C. Poindexter shall file, under seal, a supplement providing factual support for the Motion to Withdraw as Counsel on or before Thursday, April 9, 2026, at 12PM; and it is further

**ORDER – 2**

**3:23-cv-00609-CRK-LLL**

**ORDERED** that upon submission of the sealed supplement, the court will schedule an in camera hearing via Zoom.

/s/ Claire R. Kelly
Claire R. Kelly, Judge*

Dated:      April 2, 2026
            New York, New York

---

\* Judge Claire R. Kelly, of the United States Court of International Trade, sitting by designation.

**ORDER – 3**