UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

|  |  |
|---|---|
| JANE DOE, a pseudonym, <br><br>     Plaintiff, <br><br> v. <br><br> BAKER COUNTY CORRECTIONS MANAGEMENT CORPORATION, SCOTTY RHODEN, SHERIFF, RANDY CREWS, UNDERSHERIFF, JAMES MESSER, LIEUTENANT, PEYTON PRESCOTT, SHERIFF'S DEPUTY, BRIAN LOUIS ROBINSON, <br><br>     Defendants. | 3:23-cv-00609-CRK-LLL |

**ORDER**

Before the court is Plaintiff's Counsel's Motion for Leave to Submit Court-Ordered Supplement Ex Parte for In Camera Review. ECF No. 176. In a prior Order, the court directed Plaintiff's counsel to file, under seal, a supplement providing factual support for the Motion to Withdraw as Counsel by Thursday, April 9, 2026, at 12:00 PM. ECF No. 173. Counsel now request leave to submit that sealed supplement ex parte for in camera review and without service on Defendants. ECF No. 176.

Upon consideration of the foregoing motion, it is **ORDERED**:

**ORDER - 1**

**3:23-cv-00609-CRK-LLL**

1. The Motion, ECF No. 176, is GRANTED.

2. The filing deadline for the supplement set in ECF No. 173 is EXTENDED to Thursday, April 16, 2026, at 12:00 PM.

3. Plaintiff's counsel, Mark W. Tanner, Samuel Mukiibi, and James C. Poindexter, may submit the supplement ex parte and under seal for in camera review, without service on Defendants, by that deadline.

4. The supplement must be filed in paper format, not through the ordinary CM/ECF civil filing procedure.

5. The supplement must be marked "EX PARTE AND UNDER SEAL" and identified as submitted for in camera review pursuant to this Order.

/s/ Claire R. Kelly
Claire R. Kelly, Judge*

Dated:    April 8, 2026
          New York, New York

---

* Judge Claire R. Kelly, of the United States Court of International Trade, sitting by designation.

**ORDER - 2**