## UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF FLORIDA

### JACKSONVILLE DIVISION

|  |  |
|---|---|
| JANE DOE, a pseudonym,<br><br>    Plaintiff,<br><br>v.<br><br>BAKER COUNTY CORRECTIONS MANAGEMENT CORPORATION, SCOTTY RHODEN, SHERIFF, RANDY CREWS, UNDERSHERIFF, JAMES MESSER, LIEUTENANT, PEYTON PRESCOTT, SHERIFF'S DEPUTY, BRIAN LOUIS ROBINSON, TYLER M. CURRY, DEPUTY SHERIFF, KRISTOPHER KIRKLAND, DEPUTY SHERIFF,<br><br>    Defendants. | 3:23-cv-00609-CRK-LLL |

## ORDER

Before the court is a motion to withdraw as counsel for Plaintiff from Plaintiff's counsel, Mark W. Tanner, Samuel Mukiibi, and James C. Poindexter (collectively, "Counsel") and a concomitant request for hearing and a stay pending resolution of the motion. See Plaintiff's Counsels' Motion to Withdraw As Counsel, Seeking a Thirty Day Stay, and for Related Relief, Apr. 1, 2026, ECF No. 172 ("Mot. to Withdraw"). Plaintiff's counsel state that Defendants do not oppose the motion. See Mot. to Withdraw at 5.

ORDER - 1

**3:23-cv-00609-CRK-LLL**

Plaintiff's counsel filed a sealed, ex parte supplement providing factual background in support of the motion.   The court has issued an ex parte sealed memorandum and order pending the resolution of the motion. Consistent with the court's ex parte and sealed order and in light of the pending motion it is:

**ORDERED** that discovery is stayed for forty-five days from the date of this order.

/s/ Claire R. Kelly
Claire R. Kelly, Judge*

Dated:      April 17, 2026
             New York, New York

---

* Judge Claire R. Kelly, of the United States Court of International Trade, sitting by designation.

**ORDER - 2**