# UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF FLORIDA

### JACKSONVILLE DIVISION

|  |  |
|---|---|
| **JANE DOE, a pseudonym,** | |
| **Plaintiff,** | |
| **v.** | |
| **BAKER COUNTY CORRECTIONS MANAGEMENT CORPORATION, SCOTTY RHODEN, SHERIFF, RANDY CREWS, UNDERSHERIFF, JAMES MESSER, LIEUTENANT, PEYTON PRESCOTT, SHERIFF'S DEPUTY, BRIAN LOUIS ROBINSON, TYLER M. CURRY, DEPUTY SHERIFF, KRISTOPHER KIRKLAND, DEPUTY SHERIFF, WYATT RHODEN, DEPUTY SHERIFF,** | **3:23-cv-00609-CRK-LLL** |
| **Defendants.** | |

## <u>ORDER</u>

Before the court is Defendant Sheriff Scotty Rhoden's Motion for Clarification, ECF No. 185. The court's order staying discovery, ECF No. 183, applies prospectively. The order on the motion to compel remains operative, and Plaintiff and the Women's Center must comply. <u>See</u> ECF No. 181. It is therefore

**ORDERED** that Defendant Sheriff Scotty Rhoden's motion for clarification is granted; and it is further

**ORDER - 1**

**3:23-cv-00609-CRK-LLL**

      **ORDERED** that the parties shall comply with the court's order on the motion to compel, ECF No. 181.  The Plaintiff should have provided the Women's Center with the order on motion to compel by April 20, 2026.  If they have not done so, they must do so immediately.  The Women's Center must comply with the order to produce documents within 30 days of its receipt of the order on motion to compel.

                                  /s/ Claire R. Kelly
                                  Claire R. Kelly, Judge*

Dated:      April 22, 2026
              New York, New York

---

* Judge Claire R. Kelly, of the United States Court of International Trade, sitting by designation.

**ORDER – 2**