# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

|  |  |
|---|---|
| JANE DOE, a pseudonym, <br><br>     Plaintiff, <br><br><br> v. <br><br> BAKER COUNTY CORRECTIONS MANAGEMENT CORPORATION, SCOTTY RHODEN, SHERIFF, RANDY CREWS, UNDERSHERIFF, JAMES MESSER, LIEUTENANT, PEYTON PRESCOTT, DEPUTY SHERIFF, BRIAN LOUIS ROBINSON, DEPUTY SHERIFF, TYLER M. CURRY, DEPUTY SHERIFF, KRISTOPHER KIRKLAND, DEPUTY SHERIFF, WYATT RHODEN, DEPUTY SHERIFF, <br><br>     Defendants. | 3:23-cv-00609-CRK-LLL |

## ORDER

On April 17, 2026, the court ordered discovery stayed as a consequence of Plaintiff counsel's motion to withdraw. See ECF No. 183. The stay of discovery ends on June 1, 2026. See ECF No. 183. Consequently, the court finds good cause pursuant to Federal Rule of Civil Procedure 16(b)(4)[1] to modify the Amended Scheduling Order, see ECF No. 164. Thus, it is

---

[1] A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4); see also Fed. R. Civ. P. 16 advisory committee's

ORDER - 1

**3:23-cv-00609-CRK-LLL**

**ORDERED** that the Amended Scheduling Order, see ECF No. 164 is amended as follows:

1. The stay of discovery, see ECF No. 183, shall be lifted on Monday, June 1, 2026;

2. The parties shall meet and confer to schedule any Rule 35 Mental Health Examination;

3. Defendants' Mental Health Expert Report shall be completed no later than 21 days after the Rule 35 Mental Health Examination, see ECF No. 169, has taken place;

4. Plaintiff's and Defendants' Rebuttal Reports shall be completed no later than 21 days after Defendants' Mental Health Expert Report is filed;

5. Discovery shall be completed on or before Tuesday, September 8, 2026; and

6. Dispositive and Daubert motions shall be filed on or before Tuesday, October 6, 2026; and it is further

**ORDERED** that the parties shall meet and confer to propose (1) a deadline for participation in mediation, see M.D. Fla. Local Rules, ch. 4; (2) a date of the final pretrial meeting, see M.D. Fla. Local Rule 3.06(g); (3) a deadline for filing the joint final pretrial statement, motions in limine, proposed jury instructions and verdict form, see M.D. Fla. Local Rule 3.06(b); (4) a date of the final pretrial conference, see Fed. R. Civ. P. 16; M.D. Fla. Local Rule 3.06(b); and a date for trial term, see M.D. Fla. Local Rule 3.02.; and it is further

---

note to 1983 amendments (a formal motion to modify the schedule is not required; "the court may modify the schedule on a showing of good cause").

**ORDER - 2**

**3:23-cv-00609-CRK-LLL**

**ORDERED** that the parties shall file a joint amended case management report with the proposed deadlines on or before Wednesday, July 1, 2026.

/s/ Claire R. Kelly
Claire R. Kelly, Judge[*]

Dated:      May 21, 2026
            New York, New York

---

[*] Judge Claire R. Kelly, of the United States Court of International Trade, sitting by designation.

**ORDER - 3**