# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

|  |  |
|---|---|
| JANE DOE, a pseudonym,<br><br>　　　Plaintiff,<br><br><br>v.<br><br>BAKER COUNTY CORRECTIONS MANAGEMENT CORPORATION, SCOTTY RHODEN, SHERIFF, RANDY CREWS, UNDERSHERIFF, JAMES MESSER, LIEUTENANT, PEYTON PRESCOTT, DEPUTY SHERIFF, BRIAN LOUIS ROBINSON, DEPUTY SHERIFF, TYLER M. CURRY, DEPUTY SHERIFF, KRISTOPHER KIRKLAND, DEPUTY SHERIFF, WYATT RHODEN, DEPUTY SHERIFF,<br><br>　　　Defendants. | 3:23-cv-00609-CRK-LLL |

## <u>ORDER</u>

The court, having lifted its prior stay on June 1, 2026, <u>see</u> ECF No. 183, and having denied Plaintiff's counsel's motion to withdraw today, June 8, 2026, finds good cause to amend the prior scheduling order, <u>see</u> ECF No. 189. Accordingly, pursuant to Federal Rule of Civil Procedure 16(b)(4),[1] it is

---

[1] A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4); <u>see also</u> Fed. R. Civ. P. 16 advisory committee's note to 1983 amendments (a formal motion to modify the schedule is not required; "the court may modify the schedule on a showing of good cause").

**ORDER - 1**

**3:23-cv-00609-CRK-LLL**

**ORDERED** that

1. The parties shall meet and confer within the next 14 days to schedule any Rule 35 mental health examination of Plaintiff.  The examination shall occur within the last two weeks of July 2026 or during the month of August 2026, and in no event later than August 31, 2026;

2. The parties shall meet and confer within the next 14 days to schedule any deposition of Plaintiff.  Any such deposition shall occur during the last two weeks of July 2026 or during the month of August 2026, and in no event later than August 31, 2026;

3. Defendants' mental health expert report shall be completed no later than 21 days after the Rule 35 mental health examination takes place, see ECF No. 169;

4. Plaintiff's and Defendants' rebuttal expert reports, if any, shall be completed no later than 21 days after completion of Defendants' mental health expert report;

5. Discovery shall be completed on or before Monday, October 12, 2026;

6. Any motion to exclude or limit expert testimony, including any Daubert motion, shall be filed on or before Tuesday, October 13, 2026;

7. Any dispositive motion shall be filed no earlier than the court's resolution of any timely filed motion to exclude or limit expert testimony, and in any event no later than Tuesday, December 8, 2026; unless otherwise ordered by the court; and it is further

**ORDERED** that in anticipation of trial to be held before April 2027, the parties shall meet and confer and file a joint amended case management report, on or before Wednesday, July 1, 2026, proposing the following deadlines:

1. deadline for participation in mediation, see M.D. Fla. Local Rules, ch. 4;

2. date of the final pretrial meeting, see M.D. Fla. Local Rule 3.06(g);

3. deadline for filing the joint final pretrial statement, any motions in limine, and proposed jury instructions and verdict form, see M.D. Fla. Local Rule 3.06(b);

**ORDER - 2**

**3:23-cv-00609-CRK-LLL**

4.    date of the final pretrial conference, <u>see</u> Fed. R. Civ. P. 16; M.D. Fla. Local Rule 3.06(b); and a date for trial term, <u>see</u> M.D. Fla. Local Rule 3.02.; and it is further

**ORDERED** that within their case management report, the parties shall identify three potential weeks for trial between February 9, 2027 and April 1, 2027.

<u>/s/ Claire R. Kelly</u>
Claire R. Kelly, Judge\*

Dated:    June 8, 2026
          New York, New York

---

\* Judge Claire R. Kelly, of the United States Court of International Trade, sitting by designation.

**ORDER - 3**