**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **JANE DOE, a pseudonym,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BAKER COUNTY CORRECTIONS MANAGEMENT CORPORATION, SCOTTY RHODEN, SHERIFF, RANDY CREWS, UNDERSHERIFF, JAMES MESSER, LIEUTENANT, PEYTON PRESCOTT, DEPUTY SHERIFF, TYLER M. CURRY, DEPUTY SHERIFF, KRISTOPHER KIRKLAND, DEPUTY SHERIFF, WYATT RHODEN, DEPUTY SHERIFF, BRIAN LOUIS ROBINSON,**<br><br>**Defendants.** | **3:23-cv-00609-CRK-LLL** |

**ORDER**

Before the court is the parties' Joint Status Report, see ECF No. 222. Upon consideration of the status report and the parties' requests, and good cause having been shown pursuant to Federal Rule of Civil Procedure 6(b), it is

**ORDERED** that the Amended Case Management Report, see ECF No. 197 is amended as follows with all other deadlines remaining the same:

1. Discovery shall be completed on or before Thursday, November 12, 2026;

2. Plaintiff's deposition shall be held on Tuesday, September 29, 2026.

/s/ Claire R. Kelly
Claire R. Kelly, Judge*

Dated: August 20, 2026
New York, New York

* Judge Claire R. Kelly, of the United States Court of International Trade, sitting by designation.