**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **JANE DOE, a pseudonym,**<br>**Plaintiff,**<br>**v.**<br>**BAKER COUNTY, ET AL.,**<br>**Defendants.** | **3:23-cv-00609-CRK-LLL** |

**ORDER**

In consideration of the parties' joint status report regarding Plaintiff's Rule 35 Examination, see ECF No. 238, the telephone conference held before the court, see ECF No. 237, Federal Rule of Civil Procedure 6(b) and with good cause having been shown, Plaintiff is ordered to appear for the Rule 35 Mental Examination on October 5, 2026.

Plaintiff's Rule 35 Examination has been delayed several times. See ECF No. 169 (ordering the examination be held in the last two weeks of April, 2026); ECF No. 195 (ordering the examination be held "within the last two weeks of July 2026 or during the month of August 2026, and in no event later than August 31, 2026); ECF No. 234 (Defendants' motion for sanctions informing the court Plaintiff failed to appear for her August 24, 2026 scheduled examination). Indeed, there is a pending motion for sanctions for Plaintiff's failure to obey the court's order, ECF No. 195, by failing to appear on August 24, 2026. Federal Rule of Civil Procedure 37(b)(2)(A)

provides sanctions for parties who fail to comply with a court order regarding discovery:

> (A) For Not Obeying a Discovery Order. If a party or a party's officer, director, or managing agent—or a witness designated under Rule 30(b)(6) or 31(a)(4)—fails to obey an order to provide or permit discovery, including an order under Rule 26(f), 35, or 37(a), the court where the action is pending may issue further just orders. They may include the following:
> (i) directing that the matters embraced in the order or other designated facts be taken as established for purposes of the action, as the prevailing party claims;
> (ii) prohibiting the disobedient party from supporting or opposing designated claims or defenses, or from introducing designated matters in evidence;
> (iii) striking pleadings in whole or in part;
> (iv) staying further proceedings until the order is obeyed;
> (v) dismissing the action or proceeding in whole or in part;
> (vi) rendering a default judgment against the disobedient party; or
> (vii) treating as contempt of court the failure to obey any order except an order to submit to a physical or mental examination.

Fed. R. Civ. P. 37(b)(2)(A). Should Plaintiff fail to appear for the examination on October 5, 2026, a date that she selected, Plaintiff risks facing sanctions under Federal Rule of Civil Procedure 37, including dismissal of all of her claims. See id. Accordingly, it is

**ORDERED** that Plaintiff shall appear for the Rule 35 Examination on October 5, 2026.

/s/ Claire R. Kelly
Claire R. Kelly, Judge*

Dated: September 1, 2026
New York, New York

---

* Judge Claire R. Kelly, of the United States Court of International Trade, sitting by designation.