**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **JANE DOE, a pseudonym,**<br>**Plaintiff,**<br>**v.**<br>**BAKER COUNTY, ET AL.,**<br>**Defendants.** | **3:23-cv-00609-CRK-LLL** |

**ORDER**

Consistent with the telephonic conference held with the court and the parties on Wednesday, September 2, 2026, and pursuant to Federal Rule of Civil Procedure 16(b)(4), and M.D. Fla. Local Rules 3.02 and 4, it is

**ORDERED** that the parties shall file a joint status report, on or before Tuesday, September 8, 2026; and it is further

**ORDERED** that the parties shall meet and confer and file a joint proposed amended scheduling order, on or before Tuesday, September 8, 2026; and it is further

**ORDERED** that the deadline for mediation in the joint proposed amended scheduling order shall be no later than Thursday, October 1, 2026.

/s/ Claire R. Kelly
Claire R. Kelly, Judge*

Dated: September 2, 2026
New York, New York

* Judge Claire R. Kelly, of the United States Court of International Trade, sitting by designation.