**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **JANE DOE, a pseudonym,**<br>**Plaintiff,**<br>**v.**<br>**BAKER COUNTY, ET AL.,**<br>**Defendants.** | **3:23-cv-00609-CRK-LLL** |

# ORDER

Before the court is Defendant Scotty Rhoden's ("Defendant") Motion to Compel University of Vermont Medical Center's ("UVT") Response to Subpoena. ECF No. 219. UVT is a nonparty to this action. See ECF No. 219. Plaintiff filed a Response in Partial Opposition to Defendant's Motion to Compel. ECF No. 249. Defendant filed a supplement to his motion asking if the court wanted briefing on jurisdiction. See ECF No. 252. In consideration of Defendant's Supplement, see ECF No. 252, it is

**ORDERED** that Defendant shall file a brief, not to exceed 10 pages, addressing the jurisdictional issue regarding the subpoena, within 7 days from this order; and it is further

**ORDERED** that Plaintiff shall file a response brief, not to exceed 10 pages, within 7 days of the filing of Defendant's brief.

/s/ Claire R. Kelly
Claire R. Kelly, Judge*

Dated: September 10, 2026
New York, New York

* Judge Claire R. Kelly, of the United States Court of International Trade, sitting by designation.